JOSEPH BUELLESBACH et al., Respondents, *v.* WILLIAM HENDERSON, Appellant.

*Buellesbach* v. *Henderson,* 131 App. Div. 901, affirmed.
(Argued November 22, 1910; decided December 6, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1909, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to recover on contract.

*Joseph W. Middlebrook* and *Henry C. Henderson* for appellant.

*Claude V. Pallister* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and.COLLIN, JJ.

---

MELCHIOR F. TOPKEN et al., Respondents, *v.* JOHN H. STARIN et al., Defendants.

HOWARD CARROLL et al., as Executors of JOHN H. STARIN, Deceased, Appellants.

*Topken* v. *Starin,* 133 App. Div. 889, affirmed.
(Argued November 23, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover on an alleged breach of contract.

*Edmund L. Mooney, Frederick A. Card, Joseph S. Frank* and *George M. Albot,* for appellants.

*Daniel P. Hays* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.